MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-318-CRB |
|    Plaintiff, ) | |
|    v. ) | STIPULATION TO CONTINUE SENTENCING |
| KENESTTA JOHNSON, ) | |
|    Defendant. ) | |

    This matter is set for a sentencing hearing on April 18, 2012, at 2:00 pm.  The parties stipulated to continue sentencing until June 6, 2012, at 2:15 pm.  The parties jointly request this continuance because defense counsel is preparing for trial that is set to commence on April 18 or 19.  For that reason, the parties request that sentencing be continued until June 6, 2012, at 2:15 pm.

    Respectfully submitted,

    MELINDA HAAG
    United States Attorney


Dated: April 11, 2012
    */s/Thomas M. Newman*
    THOMAS M. NEWMAN
    Assistant United States Attorney
    Tax Division

*Stipulation to Continue*
*Case No. 11-cr-318-CRB*

Dated: <u>April 11, 2012</u>　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ROBERT HELFEND
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 12, 2012　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Stipulation to Continue*
*Case No. 11-cr-318-CRB*　　　　　2